**MILTON L. FULLER, Town Clerk of the Town of Surfside, Florida, v. STATE OF FLORIDA, ex rel. R. W. GODSON.**

6 So. (2nd) 531                                    En Banc
February 27, 1942

McKay, Dixon & DeJarnette, for plaintiff in error.

J. Harvey Robillard, and L. A. Schroeder, Jr., for defendant in error.

PER CURIAM:

The record and the briefs in this cause have been examined and we find no reason to reverse the judgment appealed from. It is accordingly affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.